# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# BENTON DIVISION

| | |
|---|---|
| SHEREE WILLIAMS, ) | |
| ) | Case No.: 3:21-cv-00079-NJR |
| Plaintiff, ) | |
| ) | Hon. Judge Nancy J. Rosenstengel |
| v. ) | |
| ) | **NOTICE OF SETTLEMENT** |
| KOHL'S DEPARTMENT STORES, INC. ) | |
| and KOHL'S, INC., ) | |
| ) | |
| Defendants. ) | |

Now comes the Plaintiff, SHEREE WILLIAMS, by and through her attorney, and hereby notifies the Court that the parties have reached a settlement to the above-captioned matter. The parties anticipate they will be able submit a Stipulation of Dismissal with Prejudice within the next 60 days. The parties respectfully request the Court remove this matter from its active docket and grant the parties until July 12, 2021 to file a formal Stipulation of Dismissal.

RESPECTFULLY SUBMITTED,

SHEREE WILLIAMS

By: /s/ David B. Levin
Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 West Jackson, Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

## CERTIFICATE OF SERVICE

I, David B. Levin , hereby certify that, on May 13, 2021, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff