IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHEREE WILLIAMS,

    Plaintiffs,

v.                                                                  Case No. 3:21-CV-00079-NJR

KOHL'S DEPARTMENT STORES, INC.
and KOHL'S INC.,

    Defendants.

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated **May 14, 2021** (Doc. 22), Plaintiffs' Amended Complaint (Doc. 17) is **DISMISSED with prejudice**. This entire action is **DISMISSED**, and the case is closed.

    DATED:    August 11, 2021

                                              MARGARET M. ROBERTIE,
                                              Clerk of Court

                                              By:   s/ *Deana Brinkley*
                                                        Deputy Clerk

APPROVED:   *s/ Nancy J. Rosenstengel*
                         NANCY J. ROSENSTENGEL
                         Chief U.S. District Judge